LONGYEAR, LAVRA & CAHILL, LLP
Nicole M. Cahill, CSB No.: 287165
Eduardo Ruiz, CSB No.: 347316
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Emails: cahill@longyearlaw.com
       ruiz@longyearlaw.com

Attorneys for Defendants,
County of Sacramento and Deputy Austin Schraeder

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| ERNEST LOVETT, | Case No.: 2:26-CV-00146-WBS-AC |
| Plaintiff, | **STIPULATION AND ORDER TO GRANT DEFENDANT LEAVE TO FILE FIRST AMENDED ANSWER** |
| v. | |
| SACRAMENTO COUNTY SHERIFF DEPARTMENT, et al | |
| Defendants. | |

WHEREAS, on January 16, 2026, Plaintiff filed his Complaint in this matter. (ECF No. 1).

WHEREAS, on March 3, 2026, Defendants' Counsel agreed to accept service of the Complaint on behalf of Defendant Deputy Austin Schraeder.

WHEREAS, on March 13, 2026, Defendants County of Sacramento and Deputy Austin Schraeder filed their Answer to the Complaint in this matter. (ECF No. 7).

WHEREAS, since the initiation of this case, Plaintiff and Defendants have met and conferred related to Defendants' Answer to the Complaint.

WHEREAS, pursuant to F.R.C.P Rule 15(a)(1), the deadline for Defendants to amend pleadings in this matter without leave to amend was April 3, 2026.

WHEREAS, Defendants' Counsel has provided Plaintiff's Counsel with a version of Defendant's proposed First Amended Answer on behalf of Defendant County of Sacramento and Defendant Deputy Austin Schraeder. Plaintiff's Counsel has no objection to Defendants' filing of the proposed First Amended Answer.

WHEREAS, Defendants have drafted a proposed First Amended Answer to the Complaint. Said copy is attached to this stipulation and proposed order as an exhibit.

THEREFORE, the Parties, JOINTLY REQUEST and STIPULATE TO that the Court grant Defendants leave to file their First Amended Answer.

**SO STIPULATED**:

Date: April 10, 2026          LONGYEAR, LAVRA & CAHILL, LLP

By:   */s/ Eduardo Ruiz*
      NICOLE M. CAHILL
      EDUARDO RUIZ
      Attorneys for Defendants,
      County of Sacramento and
      Deputy Austin Schraeder

Date: April 8, 2026          PATRICK H. DWYER

By:  */s/ Patrick H. Dwyer*
      PATRICK H. DWYER
      Attorney for Plaintiff,
      Ernest Lovett

**IT IS SO ORDERED:**

Dated: April 13, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE